```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : |  |
| PATRICK NOLAN | : | NO. 16-6317 |

## ORDER

AND NOW, this 7th day of March, 2017, following a telephone conference with counsel for the Government, it is hereby ORDERED that the motion of the Government for service by posting property and certified mail (Doc. # 2) is DENIED without prejudice.

```
                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                  J.
```