

HB

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CIVIL ACTION NO. |
|---|---|
| Plaintiff | 16-06317 |
| vs. | |
| PATRICK NOLAN | |
| Defendant | |

**FILED**
JUN 05 2017
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 5th, day of June, 2017, upon consideration of Plaintiff's Motion to Amend Order and Defendant's Response thereto, if any, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED. Plaintiff shall make service upon of, and it is further ORDERED that Plaintiff shall make service of the Summons and Complaint upon Defendant by posting his last known property address, 303 W. Lancaster Avenue, Apt. 253, Wayne PA 19087, and by regular and certified at the following addresses:

> 1300 Chestnut Street
> Apt. 706
> Philadelphia, PA 19107
>
> 1926 Spring Garden Street
> Apt. 2F
> Philadelphia, PA 19118
>
> 303 W. Lancaster Avenue
> Apt 253
> Wayne, PA 19087
> 218 E. Benezet Street
> Philadelphia, PA 19118
>
> 218 E. Benezet Street
> Philadelphia, PA 19118
>
> PO Box 2
> Philadelphia, PA 19105

IT IS FURTHER ORDERED that Plaintiff is not required to make service at 140 Vassar Street, Philadelphia, PA 19128 which is not the address of the Defendant in this action.

BY THE COURT:

_____
J.

ENTERED

JUN - 5 2017

CLERK OF COURT