Case 2:16-cv-06317-HB Document 10-1 Filed 06/26/17 Page 1 of 2



# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff<br>vs.<br>PATRICK NOLAN<br>　　　　Defendant | CIVIL ACTION NO.<br>16-06317 |

**ORDER**

FILED
JUN 26 2017
KATE BARKMAN, Clerk
By: _____ Dep. Clerk

AND NOW, this **26th**, day of **June**, 2017, upon consideration of Plaintiff's Motion to Amend Order and Defendant's Response thereto, if any, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED. It is further ORDERED that Plaintiff shall make service of the Summons and Complaint by regular and certified at the following addresses:

> 1300 Chestnut Street
> Apt. 706
> Philadelphia, PA 19107
>
> 1926 Spring Garden Street
> Apt. 2F
> Philadelphia, PA 19118
>
> 303 W. Lancaster Avenue
> Apt 253
> Wayne, PA 19087
>
> 218 E. Benezet Street
> Philadelphia, PA 19118
>
> PO Box 2
> Philadelphia, PA 19105

IT IS FURTHER ORDERED that Plaintiff is not required to make service via posting at 303 W. Lancaster Avenue, Apt. 253, Wayne PA 19087, which is a UPS store and not the residence of Defendant.

BY THE COURT:

_____
Harvey Bartle J.

6/26/17 mailed
Nolan

ENTERED

CLERK OF COURT