PCO-BA

## USPS Manifest Mailing System

Page 1

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
|---|---|---|---|---|---|---|
| | Sequence Number<br>6575-1 | | | Class of Mail<br>Mixed | | |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES Type | Postage | ES Fee | Insurance Amount | Due/ Sender | Total Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703808737221<br>9171999991703808737221 | NOLAN, PATRICK<br>303 W. Lancaster Avenue Apt 253<br>Wayne, PA 19087 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703808737238<br>9171999991703808737238 | NOLAN, PATRICK<br>PO Box 2<br>Philadelphia, PA 19105 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703808737245<br>9171999991703808737245 | NOLAN, PATRICK<br>218 E. Benezet Street<br>Philadelphia, PA 19118 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703808737252<br>9171999991703808737252 | NOLAN, PATRICK<br>1300 Chestnut Street Apt. 706<br>Philadelphia, PA 19107 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703808737269<br>9171999991703808737269 | NOLAN, PATRICK<br>1926 Spring Garden St Apt. 2F<br>Philadelphia, PA 19130 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Page Totals | 5 | | 4.63 | 24.25 | | | 28.88 |
| Cumulative Totals | 5 | | 4.63 | 24.25 | | | 28.88 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____  Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)      Extra Service Codes:
                              C     Certified
                              ERR   Return Receipt

| Name and Address of Sender<br>**KML LAW GROUP, P.C.**<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service;<br>☐ Certified   ☐ Recorded Delivery (International)<br>☐ COD        ☐ Registered<br>☐ Delivery Confirmation  ☐ Return Receipt for Merchandise<br>☐ Express Mail          ☐ Signature Confirmation<br>☐ Insured | | | Affix Stamp Here<br>(If issued as a<br>certificate of mailing,<br>or for additional copies<br>of this bill)<br>Postmark and<br>Date of Receipt | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling<br>Charge | Actual Value<br>if Registered | Insured<br>Value | Due Sender<br>if COD | DC<br>Fee | SC<br>Fee | SH<br>Fee | RD<br>Fee | RR<br>Fee |
| 1. | TO  PATRICK NOLAN<br>NOLAN, PATRICK<br>1926 Spring Garden St Apt. 2F<br>Philadelphia, PA 19130 – 3858 | | | | | | | | | | | |
| 2. | | | | | | | | | | | | |
| 3. | TO  PATRICK NOLAN<br>NOLAN, PATRICK<br>1300 Chestnut Street Apt. 706<br>Philadelphia, PA 19107 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | TO  PATRICK NOLAN<br>NOLAN, PATRICK<br>218 E. Benezet Street<br>Philadelphia, PA 19118 | | | | | | | | | | | |
| 6. | TO  PATRICK NOLAN<br>NOLAN, PATRICK<br>PO Box 2<br>Philadelphia, PA 19105 | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | TO  PATRICK NOLAN<br>NOLAN, PATRICK<br>303 W. Lancaster Avenue Apt 253<br>Wayne, PA 19087 | | | | | | | | | | | |

Total Number of Pieces<br>Listed by Sender (5)  Total Number of Pieces Received at Post Office  Postmaster, Per (Name of receiving employee)   See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)    Sale Date:    Complete by Typewriter, Ink, or Ball Point Pen

USA-158100   Delaware County

PATRICK NOLAN

PCO – Brittni Augustin

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106
02 1W
0001391829 JUN 27 2017
$ 002.44⁰